IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN THE MATTER OF THE )
TAX INDEBTEDNESS OF )
George Alexander Hendry, Jr. ) MISC. NO. 3:10-0974
1107 Straightway Avenue )
Nashville, TN 37206 )
 )
 )

ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY

The United States, having filed an application requesting authorization for Linda K. Rose, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 1107 Straightway Avenue, Nashville, TN 37206 ("the premises"), any sealed room, compartment, or containment item of any type within the premises, for the purpose of seizing the property of George Alexander Hendry, Jr., together with the Revenue Officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to George Alexander Hendry, Jr. which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

ORDERED that Linda K. Rose and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such

Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 20 days of the date of this order.

IT IS FURTHER ORDERED that if George Alexander Hendry, Jr. or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated:

BY THE COURT:

_____